ACCEPTED
04-14-00686-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/27/2015 10:05:31 AM
KEITH HOTTLE
CLERK

## NO.   04-14-00686-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| | § | | |
| **VS.** | § | **Fourth COURT** | 2/27/2015 10:05:31 AM<br>KEITH E. HOTTLE<br>Clerk |
| | § | | |
| **VANESSA ZUNIGA SALAS** | § | **OF APPEALS** | |

### MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Phyllis J. Beal, Movant and attorney of record for Defendant, Vanessa Zuniga Salas, brings this Motion to Withdraw as counsel and in support thereof shows:

1.     Movant was appointed by the Court to represent Appellant in the appeal of this cause.

2.     Defendant, Vanessa Zuniga Salas, was convicted of Injury to a Child by Omission and was sentenced to five years on November 7, 2014.   Movant has reviewed the entire court's records in this case and has found no non-frivolous errors.   Therefore, Movant has filed an Ander's Brief and is required to withdraw as counsel.   *See In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008).

3.     The following deadlines and/or settings exist in this case:

a.     She has 30 days to file a pro se brief.

4.     Movant has advised Appellant of her right to review the court's records and file a brief pro se.   Further, Movant has provided Appellant through

regular mail and registered mail with the entire court's records. And Movant has also provided Appellant with a copy of the Ander's Brief along with a letter explaining her legal rights.

5.    A copy of this motion has been mailed by certified mail and by regular mail to her at her last known address:  2903 Colt, Apartment 224, San Antonio, Texas 78227.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Phyllis J. Beal to withdraw as counsel for Vanessa Zuniga Salas and from any further representation of Vanessa Zuniga Salas in this cause.

Respectfully submitted,

PHYLLIS BEAL
111 Soledad , Ste 300
San Antonio, Texas 78240
Tel: (210) 299-7777
Fax: (210) 299-7601


By:   Phyllis J. Beal
       Phyllis J. Beal
       State Bar No. 00795800
       wbeal1@satx.rr.com
       Attorney for Vanessa Zuniga Salas

## CERTIFICATE OF SERVICE

This is to certify that on _____, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, _____, by electronic service through the Electronic Filing Manager.

Phyllis J. Beal
Phyllis J. Beal

## NO.   04-14-00686-CR

| STATE OF TEXAS | § | IN THE |
|---|---|---|
| | § | |
| VS. | § | Fourth COURT |
| | § | |
| VANESSA ZUNIGA SALAS | § | OF APPEALS |

## NOTICE

To:   Vanessa Zuniga Salas

NOTICE is hereby given, as provided by Rule 6 of the Texas Rules of

Appellate Procedure, that the following deadlines and/or settings exist in this case:

    a.    She has 30 days to file a pro se brief.


PHYLLIS BEAL
111 Soledad , Ste 300
San Antonio, Texas 78240
Tel: (210) 299-7777
Fax: (210) 299-7601


By:_____
   Phyllis J. Beal
   State Bar No. 00795800
   wbeal1@satx.rr.com
   Attorney for Vanessa Zuniga Salas


I certify that a copy of this Notice has been mailed by certified mail and by

regular mail to the above-named Defendant at her last known address:   2903 Colt, Apartment 224, San Antonio, Texas 78227 on _____.


_____

Phyllis J. Beal